FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 28 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 25-1770 MLG |
| Plaintiff, | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi): |
| vs. | ) | Possession with Intent to Distribute 400 |
| | ) | Grams and More of Fentanyl (N-phenyl- |
| **TEVIN KING,** | ) | N-[1-(2-phenylethyl)-4-piperidinyl] |
| | ) | propanamide). |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about August 19, 2024, in Roosevelt County, in the District of New Mexico, the defendant, **TEVIN KING**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney