AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 3 0 2025

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  25-CR-1770 MLG |
| TEVIN KING | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TEVIN KING ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi):  Possession with Intent to Distribute 400 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

Date: 05/28/2025

*K. Hernandez de Sepulveda*
*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5/29/2025, and the person was arrested on *(date)* 5/29/2025
at *(city and state)*   Milan, NM .

Date: 5/29/2025

*Arresting officer's signature*

ROBERT MEONA SOUSM
*Printed name and title*

Already in USMS Custody