IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.    No. 25-cr-01770-MLG

TEVIN KING,

    Defendant.

**NOTICE OF ASSERTION OF DEFENDANT'S RIGHT TO A SPEEDY TRIAL**

Defendant Tevin King, through counsel, The Law Office of Ryan J. Villa, by Richelle Anderson and Jacqueline Hoswell, respectfully notifies the Court and counsel for the United States that he asserts his right to a speedy trial pursuant to the Sixth Amendment to the United States Constitution and *Barker v. Wingo*, 407 U.S. 514, 519 (1972).

In *Barker*, the Supreme Court explained that our "system where justice is supposed to be swift but deliberate." 407 U.S. at 521. The Court identified a four-factor balancing test to assess whether pretrial delays have deprived a defendant of his right to a speedy trial, including (1) the length of delay; (2) the reason for delay; (3) his assertion of the right to speedy trial; and (4) the resulting prejudice against him. *Id*. at 530-32.

In this case, Mr. King has been in continuous custody on the instant charges since June 3, 2025, without the benefit of trial.[1] Mr. King has spent months in solitary confinement following a violent, racially motivated assault against him. Throughout this time, Mr. King has also been subjected to racial slurs and insults by other inmates and jail staff. Mr. King is currently legally competent to stand trial. Due to his continued isolation, however, Mr. King's physical, emotional,

---

[1] Mr. King has been in overall custody since his arrest on August 19, 2024, as he was held on the underlying supervised release case *U.S. v. King*, 21-cr-00268-MLG. *See* Order of Detention Pending Revocation Hearing [Doc. 89].

and mental health are being jeopardized by the delay of his trial. The Supreme Court has recognized that dangerous conditions of confinement have "a destructive effect on human character and makes the rehabilitation of the individual offender much more difficult." *Id.* at 520.

The Sixth Amendment guarantees Mr. King the right to a speedy trial, separate and apart from the politics of the current CJA funding crisis and federal government shutdown. Mr. King respectfully asserts his right to such a trial and demands same.

Respectfully submitted,

*/s/ Richelle Anderson*
RICHELLE ANDERSON
JACQUELINE HOSWELL
The Law Office of Ryan J. Villa
5501 Eagle Rock Ave. NE Suite C2
Albuquerque, NM 87113
Phone: (505) 639-5709
Richelle@rjvlawfirm.com
Jacqueline@rjvlawfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Richelle Anderson*
RICHELLE ANDERSON